**Fill in this information to identify the case:**

United States Bankruptcy Court  for the:

__MIDDLE_____ District of ___FLORIDA_____
                                        (State)

Case number (*if known*): _____ Chapter ___7__

☐ Check if this is an amended filing

## Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

| Part 1: | Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed |
|---|---|

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☑ Chapter 7
   ☐ Chapter 11

| Part 2: | Identify the Debtor |
|---|---|

2. **Debtor's name**

   TUSCANY REAL ESTATE INVESTMENTS, LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business* as names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   8 7 – 3207558
   EIN

5. **Debtor's address**

   **Principal place of business**

   2730 SW 3rd Avenue
   Number    Street

   Ste. 202 I

   Miami        FL     33129
   City         State  ZIP Code

   County

   **Mailing address, if different**

   200 S> Andrews Avenue
   Number    Street

   Ste. 600
   P.O. Box

   Ft. Lauderdale    FL    33301
   City              State ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   See Exhibit "A"

   City       State  ZIP Code

Debtor   **TUSCANY REAL ESTATE INVESTMENTS, LLC**                                        Case number *(if known)*_____
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          Name

---

6. **Debtor's website (URL)**     _____

7. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**

   *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☐ None of the types of business listed.
   - ☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

   - ☑ No
   - ☐ Yes. Debtor _____   Relationship _____
     District _____ Date filed _____ Case number, if known_____
                                                MM / DD / YYYY

     Debtor _____   Relationship _____
     District _____ Date filed _____ Case number, if known_____
                                                MM / DD / YYYY

---

## Part 3:   Report About the Case

10. **Venue**

    *Check one:*
    - ☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*
    - ☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - ☑ No
    - ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

---

Debtor ___TUSCANY REAL ESTATE INVESTMENTS, LLC_____  Case number (if known)_____
                   Name

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| The Walden Land Trust | Loan (Capital Contribution) | $ 10,5551,365.00 |
| 118 E. Jefferson Street, Ste. 204 | | $ |
| Orlando, FL 32801 | | $ |
| | Total of petitioners' claims | $ 10,551,365.00 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4:   Request for Relief

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

Marc David Peltzman, Trustee
Name

118 E. Jefferson Street, Ste. 204
Number   Street

Orlando                      FL          32801
City                         State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number   Street

City                         State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

**Attorneys**

Lawrence M. Kosto, Esquire
Printed name

Kosto & Rotella, P.A>
Firm name, if any

1517 E. Robinson Street
Number   Street

Orlando                      FL          32801
City                         State       ZIP Code

Contact phone  407-425-3456   Email  lkosto@kostoandrotella.com

Bar number  0765325

State  FL

✗ _____
Signature of attorney

Date signed _____
MM / DD / YYYY

Debtor    TUSCANY REAL ESTATE INVESTMENTS, LLC

Name

Case number *(if known)*_____

**Name and mailing address of petitioner**

Name _____

Number   Street _____

City _____ State ____ ZIP Code ____

**Name and mailing address of petitioner's representative, if any**

Name _____

Number   Street _____

City _____ State ____ ZIP Code ____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
     MM / DD / YYYY

**✗** _____

Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number   Street _____

City _____ State ____ ZIP Code ____

Contact phone _____ Email _____

Bar number _____

State _____

**✗** _____

Signature of attorney

Date signed _____
     MM / DD / YYYY

**Name and mailing address of petitioner**

Name _____

Number   Street _____

City _____ State ____ ZIP Code ____

**Name and mailing address of petitioner's representative, if any**

Name _____

Number   Street _____

City _____ State ____ ZIP Code ____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
     MM / DD / YYYY

**✗** _____

Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number   Street _____

City _____ State ____ ZIP Code ____

Contact phone _____ Email _____

Bar number _____

State _____

**✗** _____

Signature of attorney

Date signed _____
     MM / DD / YYYY

Location of Principal Assets. If different from principal place of business.

| Item No: | Parcel ID No: | Site Address | City, State |
|---|---|---|---|
| 1. | **28-28-09-935230-000001** | 5401 PARSLEY CT | Poinciana, FL 34759 |
| 2. | **28-28-09-935230-000009** | 0 PACIFIC RD | Poinciana, FL 34759 |
| 3. | **28-28-09-935230-000014** | BAYBERRY ST | Poinciana, FL 34759 |
| 4. | **28-28-09-935230-000015** | BAYBERRY ST | Poinciana, FL 34759 |
| 5. | **28-28-10-935242-001180** | 0 PACIFIC RD | Poinciana, FL 34759 |
| 6. | **28-28-10-935245-001420** | 0 THYME DR | Poinciana, FL 34759 |
| 7. | **28-28-15-935360-000009** | BAYBERRY ST | Poinciana, FL 34759 |
| 8. | **28-28-15-935360-000010** | 0 ROCK PL | Poinciana, FL 34759 |
| 9. | **28-28-15-935360-000011** | 0 JIM EDWARDS RD | Poinciana, FL 34759 |
| 10. | **28-28-15-935360-000030** | 0 JIM EDWARDS RD | Poinciana, FL 34759 |
| 11. | **28-28-15-935360-000031** | 0 JIM EDWARDS RD | Poinciana, FL 34759 |
| 12. | **28-28-15-935360-000032** | 0 JIM EDWARDS RD | Poinciana, FL 34759 |
| 13. | **28-28-15-935360-000033** | 0 JIM EDWARDS RD | Poinciana, FL 34759 |
| 14. | **28-28-15-935360-000034** | 0 JIM EDWARDS RD | Poinciana, FL 34759 |
| 15. | **28-28-15-935360-000036** | 0 JIM EDWARDS RD | Poinciana, FL 34759 |
| 16. | **28-28-15-935360-137010** | 0 CEDAR PL | Haines City, FL 33844 |
| 17. | **28-28-15-935360-138010** | 0 CEDAR PL | Haines City, FL 33844 |
| 18. | **28-28-15-935360-141010** | 0 CEDAR LN | Haines City, FL 33844 |
| 19. | **28-28-15-935360-142010** | 0 CEDAR LN | Haines City, FL 33844 |
| 20. | **28-28-15-935361-000010** | 0 MARIGOLD AVE | Haines City, FL 33844 |
| 21. | **28-28-17-000000-021020** | JIM EDWARDS RD | Haines City, FL 33844 |